ALBERT E. PEACOCK III, HISB No. 3470
al.peacock@kyl.com
KEESAL, YOUNG & LOGAN, LLLP
A Hawai'i Limited Liability Law Partnership
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:   (562) 436-2000
Facsimile:   (562) 436-7416

DONALD C. MACHADO JR. HISB No. 4263
donmachman@aol.com
LAW OFFICES OF DONALD C. MACHADO JR.
745 Fort Street, Suite 1550
Honolulu, HI  96813
Telephone:  (808) 531-2023

Attorneys for Defendant
FOSS MARITIME COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| INLANDBOATMEN'S UNION OF THE PACIFIC,<br><br>Plaintiff,<br><br>vs.<br><br>FOSS MARITIME COMPANY,<br><br>Defendant.<br><br>And<br><br>YOUNG BROTHERS, LIMITED<br><br>Intervenor-Defendant | Case No. 1:15-CV-00025-LEK-KSC<br><br>**ORDER OF DISMISSAL**<br><br>Trial Date: August 8, 2016<br>FSC Date:   June 28, 2016 |

///

- 1 -

- 2 -

PURSUANT TO THE STIPULATION OF THE PARTIES, this case is hereby dismissed in its entirety with prejudice and each party is to bear its own fees and costs.

DATED: HONOLULU, HAWAII, April 14, 2016.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge